**PEYROT & ASSOCIATES** PC

David Van Leeuwen
Attorney at Law
David.VanLeeuwen@peyrotlaw.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/9/2023

**MEMO ENDORSED**

May 8, 2023

**VIA ECF**
Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **Syl Consulting, LLC et al. v. Community USA II LLC**
**Community USA II, LLC v. SYL Consulting et al.**
Case No.: 23-cv-1377
Case No.: 23-cv-2494
Letter Motion in Support of Application to Adjourn May 11, 2023 Conference

*[Handwritten endorsement: OL, conference adjourned to 5/25/2023 at 10:45 a.m. /s/ Colleen McMahon 5/9/2023]*

Hon. McMahon:

Our firm is counsel to Community USA II LLC in connection with the above referenced matters.

I am writing in connection with section I(D) of your individual rules to request a short adjournment of the conference scheduled for May 11, 2023 to May 16, 2023 or May 17, 2023. I had pre-purchased non-refundable flight tickets for personal family obligations overseas prior to being aware of the conference, and I will be unable to attend the conference in person and I will actually be on the airplane at the time of the conference, so I cannot dial in either.

I have submitted a proposed case management plan, which is annexed hereto to opposing counsel and we will be conferring on the matter tomorrow as he has been unable to confer today.

Since the rules require 48 hours' notice of such an application, I write to request an adjournment of the conference to May 16, 2023 or May 17, 2023, which may also not be needed if we can agree on the case management plan. Since I will still be attending to personal family obligations overseas, I would also request the adjourned court appearance be by telephone. If the court would like further clarification of the personal family obligation, I can do so, but I would prefer to do so in a less public manner.

**PEYROT & ASSOCIATES** PC

May 8, 2023
Page 2

There have been no adjournments of the matter to date, and this very short adjournment would not otherwise affect any dates. I have asked for consent from opposing counsel, but I have not received a response either way, and I have no choice but to file the request tonight, within the deadline to do so.

Your time and attention to this matter is appreciated. If you require anything further, please do not hesitate to contact us.

Respectfully yours,

PEYROT & ASSOCIATES, PC

By:  /s/ David Van Leeuwen
     David C. Van Leeuwen, Esq.

Cc: Counsel of record (via ECF)

62 William Street, 8th Floor
New York, NY 10005
T: (646) 650-2785
F: (646) 650-5109
www.peyrotlaw.com