```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYL CONSULTING LLC, et al.,

                          Plaintiffs,

-against-

COMMUNITY USA II LLC,

                          Defendant.

**ORDER**

23-CV-1377 (CM)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       The parties appeared for a status conference on November 14, 2023.  As discussed at the conference, the deadlines to complete fact and expert discovery are hereby extended to **March 1, 2024**.  By **Wednesday, November 22, 2023** the parties will meet and confer to discuss stipulating to the entry of Defendant's amended answer and counterclaims and possible resolution of the motion for sanctions.  If no agreement has been reached by that date, the parties shall send a joint status letter describing the outcome of their meet and confer efforts and any outstanding issues regarding the amended pleading and motion for sanctions.

       Motions to compel third-party responses to subpoenas due by **December 1, 2023**.  Any opposition to those motions will be due by **December 15, 2023**, and any replies will be due by **December 22, 2023**.  A status conference and hearing on any motions to compel is scheduled for **January 9, 2024 at 3:30 PM** in Courtroom 17D, 500 Pearl Street, New York, NY 10007.  Third parties who object to subpoenas (if any) are invited to attend.  Counsel for Defendant shall serve a copy of this Order on third-parties who have received and objected to and/or not complied with subpoenas and inform them of the briefing schedule and conference.

       **SO ORDERED.**

Dated: November 14, 2023
New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge