```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/10/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYL CONSULTING LLC, et al.,

                     Plaintiffs,

-against-

COMMUNITY USA II LLC,

                     Defendant.

**ORDER**

23-CV-1377 (CM)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The parties appeared for a status conference on January 9, 2024. As discussed at the conference, by **Tuesday, January 16, 2024** Defendant shall file a letter with the Court to provide an update on the status of its third-party discovery efforts and whether Defendant intends to withdraw the pending motion to compel at ECF No. 59. Defendant shall serve formal written objections and responses to Plaintiffs' discovery requests by **Tuesday, January 23, 2024**.

SO ORDERED.

Dated: January 10, 2024
New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge