USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYL CONSULTING LLC, et al.,

                Plaintiffs,

-against-

COMMUNITY USA II LLC,

                Defendant.

**ORDER**

23-CV-1377 (CM)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    The Court is in receipt of Defendant Community USA II LLC's ("Defendant") letter at ECF No. 64. Based on Defendant's representation that the non-party depositions have been scheduled without objection, the motion to compel at ECF No. 59 is DENIED without prejudice. Defendant may file a new motion to compel should any party fail to appear for their deposition, or in response to outstanding discovery requests.

    The parties are reminded of their obligations under Rule 1 and Rule 26(b)(1) of the Federal Rules of Civil Procedure in the conduct of discovery. Further, the undersigned's Individual Practices in Civil Cases, II(c), requires that any party wishing to raise a discovery dispute with he Court must confer in good faith with the opposing party in an effort to resolve the dispute.

    SO ORDERED.

Dated: January 22, 2024
       New York, New York

*Katharine H Parker*

KATHARINE H. PARKER
United States Magistrate Judge