UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SYL CONSULTING LLC, and NICHOLAS SANGROS,

                      Plaintiff,

    -against-                                            23 **CIVIL** 1377 (CM)

                                                      **JUDGMENT**

COMMUNITY USA II LLC,

                      Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 24, 2024, and for the reasons set forth in the moving Plaintiffs' Memorandum of Law (Dkt. #72) - all of which are supported by the facts set forth in the Declaration of Plaintiffs' attorney, Daniel Knox (Dkt. #71) and which are adopted by the court as its findings of fact and conclusions of law - the motion is GRANTED. Judgment is entered in accordance with the Confession of Judgment in the amount of $113,000 (One Hundred Thirteen Thousand Dollars) - calculated as $160,000 (the total amount confessed), plus $7,000 ($3,500 time two) in liquidated damages owed for the two amounts unpaid pursuant to Section 3.0(g) of the Settlement Agreement, less $54,000, representing the amount paid by Defendant pursuant to the Settlement Agreement - together with interest from the date of judgment at the statutory rate. Plaintiffs shall have execution on their judgment**.**

**Dated:**  New York, New York

      September 25, 2024

                                                            **DANIEL ORTIZ**
                                                    **Acting Clerk of Court**

                         **BY:**        *K. Mango*

                                                        **Deputy Clerk**