```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/09/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYL CONSULTING LLC, et al.,

Plaintiffs,

-against-

COMMUNITY USA II LLC,

Defendant.

**ORDER SCHEDULING HEARING**

**23-CV-1377 (CM)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A Hearing on the Motion to Compel Subpoena Response will be held on **Wednesday, May 28, 2025 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Any opposition to the motion shall be filed **by May 2, 2025.**

Plaintiffs' Counsel shall promptly serve a copy of this Order on S.W. Management, LLC and 411-413 Park Ave. S. Realty, LLC, who must be represented by counsel at the hearing.

**SO ORDERED.**

Dated:   April 9, 2025
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge