UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_4/11/2025_
```

SYL CONSULTING LLC, et al.,

                              Plaintiffs,

                -against-

COMMUNITY USA II LLC,

                              Defendant.

**ORDER**

**23-CV-1377 (CM)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On April 9, 2025, the Court issued an order denying as moot Plaintiff's Motion at ECF No. 77. (ECF No. 80) The Court now clarifies that the order was intended to terminate what the Court construed as a request for a conference on the motion, and not the motion itself, since a hearing on the motion has been scheduled for Wednesday, May 28, 2025 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. To be clear, the hearing on the motion will still take place at the scheduled date and time.

        **SO ORDERED.**

Dated:    April 11, 2025
          New York, New York

_____
            KATHARINE H. PARKER
            United States Magistrate Judge