USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYL CONSULTING LLC, et al.,

                Plaintiffs,

-against-

COMMUNITY USA II LLC,

                Defendant.

**POST-CONFERENCE ORDER**

**23-CV-1377 (CM) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On May 28, 2025, the parties, with the exception of counsel for Community USA II LLC, appeared before the undersigned for a pre-motion conference. As discussed at the conference and set forth below:

      Plaintiff's unopposed Motion to Compel is GRANTED as to Community USA II LLC and DENIED AS MOOT as to S.W. Management LLC and 411-413 Park Ave S. Realty, LLC because those entities have since complied with the discovery requests. Community USA II LLC has yet to comply with the discovery requests, which seek information regarding Community USA II LLC's assets to enforce a judgment that was entered by this Court against Community USA II LLC. Plaintiff is entitled to such information pursuant to Federal Rule of Civil Procedure 69(a). Community USA II LLC's failure to comply with Plaintiff's discovery requests may result in sanctions.

      Plaintiff shall file a letter updating the Court on the status of Community USA II LLC's compliance with the information subpoena **by June 30, 2025**.

      **The Clerk of Court is respectfully directed to terminate the motion at ECF No. 77.**

      **SO ORDERED.**

Dated:    May 28, 2025
             New York, New York

                                                    KATHARINE H. PARKER
                                                  United States Magistrate Judge